UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LARRY WILKES, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 4:02CV631-DJS |
| ) | |
| AL LUEBBERS, ) | |
| ) | |
| Respondent. ) | |

## JUDGMENT

In accordance with the memorandum and order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the petition of Larry Wilkes for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is denied.

**IT IS FURTHER ORDERED** that no certificate of appealability shall issue from this cause inasmuch as petitioner has failed to make a substantial showing that he has been denied a constitutional right.

                                    /s/Donald J. Stohr
                                    UNITED STATES DISTRICT JUDGE

Dated this  6th  day of September, 2005.